AO82
Rev 0599
IAN

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

**123338**

at _Cedar Rapids, Ia_

RECEIVED FROM _Dutton, Braun, et al_
_PO Box 810_
_Waterloo, Ia 50704_

**Fund:**
6855XX-D08IANX
  Deposit Fund
604700-D08IANX
  Registry Fund
**General & Special Funds:**
085000   Atty Adm Fees
086900   Filing Fees
0869PL   Prisoner IFP F.Fees
109900   Criminal Debt Penalty /
           Costs of Prosecution
322350   Copy Fees
322360   Miscellaneous Fees
504100   Crime Victims Fund
510000   Filing Fees Spec Acct
5100PL   Prisoner IFP Filing Fee
510100   Registry Fee Assessed

| ACCOUNT | AMOUNT | |
|---|---|---|
| 510000 | 90 | 00 |
| 086900 | 60 | 00 |
| **TOTAL** | **150.00** | |

Case Number or Other Reference
_C04-1033 LRR_

_filing fee_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _8/25/04_    Cash | Check ✓ | M.O. | Credit    DEPUTY CLERK _g. Clark_

Case 2:04-cv-01033-JAJ   Document 1   Filed 08/25/04   Page 1 of 1