IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES PADDOCK, | ) | No. C04-1033 LRR |
| Plaintiff, | ) | |
| vs. | ) | **STATEMENT OF INTEREST** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendant. | ) | |

As required by LR 3.2 and LR 81.1(c), (d), and (e), James Paddock, Plaintiff in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

James Paddock.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Plaintiff.

Date: <u>August 27, 2004</u>

1

                      Respectfully Submitted,
                      DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
                      Attorneys for the Plaintiff

BY:   /s/ Thomas L. Staack
        Thomas L. Staack  Iowa Bar #000005220
        LEAD COUNSEL

BY:   /s/ Chad A. Swanson
        Chad A. Swanson  Iowa Bar #000014657

        3151 Brockway Road
        P.O. Box 810
        Waterloo, Iowa 50704
        (319) 234-4471
        (319) 234-8029 FAX
        staackt@wloolaw.com
        swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan Quann
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Paddock\Pleadings\Statement of Interest.wpd

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 27th day of August 2004.

By: _X_ U.S. Mail        ___ FAX
    ___ Hand Delivered   ___ UPS
    ___ Federal Express   ___ Other
   _X_ EFC System Participate (Electronic Service)

Signature: /s/ Chad A. Swanson