IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAMES PADDOCK, ) | No. C04-1033 LRR |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S** |
| vs. ) | **DESIGNATION OF EXPERT** |
| ) | **WITNESSES** |
| THE ARCHDIOCESE OF DUBUQUE, ) | |
| Defendant. ) | |

The Plaintiff, James Cummins, hereby identifies the following expert witnesses who may be called to testify as expert witnesses at the time of trial:

Thomas Doyle
7514 Cayuga Avenue
Bethesda, MD 20817

A. W. Richard Sipe
2825 Ridgegate Row
LaJolla, CA 92037

Gary Schoener
Executive Director
Walk-In Counseling Center
2421 Chicago Avenue South
Minneapolis, MN

Hope Hornstein
9047 N. Major
Morton Grove, IL

Dr. Richard Wagner
Lions Drive
Barrington, IL

1

The Plaintiff reserves the right to call rebuttal witnesses and any witnesses designated by the Defendant.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: /s/ Thomas L. Staack
Thomas L. Staack  Iowa Bar #000005220
LEAD COUNSEL

BY: /s/ Chad A. Swanson
Chad A. Swanson  Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street
Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Paddock\Pleadings\Pltf's
Designation of Expert Witnesses.wpd

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 5th day of April 2005.

By: ___ U.S. Mail           ___ FAX
    ___ Hand Delivered      ___ UPS
    ___ Federal Express     ___ Other
    _X_ EFC System Participant (Electronic Service)

Signature /s/ Sandra L. Faye