IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

CHIEF MAGISTRATE JUDGE JOHN A. JARVEY

NO.: C04-1033        <u>Paddock v. Archdiocese</u>

DATE: April 26, 2005

TIME: 20 minutes

PROCEEDINGS: Scheduling conference to set trial date

TAPE: YES ___    NO  X

COURT REPORTER    (Name): N/A
                  (Firm): N/A

APPEARANCES: Chad Swanson and Brendan Quann
_____
COMMENTS/NOTES/DATES:

ORDER TO FOLLOW:

TRIAL set for February 3, 2006 (8 days)
FPTC set for 2:00 PM on February 3, 2006 by telephone

_____/s/_____
Karo Stigler
Courtroom Deputy