IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAMES PADDOCK,)<br><br>        **Plaintiff,**<br><br>vs.<br><br>THE ARCHDIOCESE OF DUBUQUE,<br><br>        **Defendant.** | No. C04-1033 LRR<br><br>PLAINTIFF'S DESIGNATION OF<br>REBUTTAL EXPERT WITNESS |

The Plaintiff, James Paddock, hereby identifies the following expert witnesses who may be called to testify as a rebuttal expert witness at trial:

Mark Schwartz, Sc.D.
Castlewood Treatment Center
800 Holland Road
St. Louis, MO 63021

                        Respectfully Submitted,

                        DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
                        Attorneys for the Plaintiff

BY:    s/Thomas L. Staack
           Thomas L. Staack  Iowa Bar #000005220
           LEAD COUNSEL

BY:    s/Chad A. Swanson
           Chad A. Swanson  Iowa Bar #000014657

           3151 Brockway Road
           P.O. Box 810
           Waterloo, Iowa 50704
           (319) 234-4471
           (319) 234-8029 FAX

1

staackt@wloolaw.com
swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Paddock\Pleadings\Expert Designation (Rebuttal).wpd

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 5th day of July, 2005.

By: ___ U.S. Mail ___ FAX
    ___ Hand Delivered ___ UPS
    ___ Federal Express ___ Other
    _X_ EFC System Participant (Electronic Service)

Signature s/Chad A. Swanson

---

2